UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

No. CR 12-0202 PJH

**ORDER DENYING REQUEST FOR RULE 17(C) SUBPOENAS**

    v.

DARLENE WEAVER,

    Defendant.

_____/

    The proposed order and accompanying declaration defendant filed on July 25, 2012 do not comply with Crim. L.R. 17-2 governing subpoena requests to produce documents in advance of trial.  Specifically, defendant failed to file a noticed motion required by Crim. L.R. 17-2(a)(1).  However, even if the court were to construe the declaration and proposed order as a motion, defendant has failed to provide sufficient facts in support of the request.  A party seeking to use the use of a subpoena under Rule 17(c) must show: 1) relevancy, 2) admissibility, and 3) specificity.  *See United States v. Nixon*, 418 U.S. 683, 699-700 (1974).  In order to justify a subpoena for production before trial, the proponent must also demonstrate that the subpoenaed materials are not available from any other source, and that their examination and processing should not await trial under the circumstances shown.  *See United States v. Eden*, 659 F.2d 1376, 1381 (9th Cir. 1981).

1  Counsel's belief that the documents are relevant is simply not sufficient to
2  procure a court order authorizing Rule 17(c) subpoenas.  As Crim. L.R. 17-2(a)(1)
3  permits, a request may be made ex parte and sealing may be sought if a public filing
4  would reveal trial strategy or protected information.
5  For these reasons, defendant's July 25, 2012 request is DENIED WITHOUT
6  PREJUDICE.

**IT IS SO ORDERED.**

Dated: July 27, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge