KENNETH H. WINE (#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400

Counsel for DARLENE WEAVER

FILED

OCT 3 1 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-12-00202-PJH |
| ) | |
| Plaintiff, ) | AMENDED |
| ) | STIPULATION TO TRAVEL; |
| v. ) | [~~PROPOSED~~] ORDER THEREON |
| ) | |
| DARLENE WEAVER, ) | |
| ) | |
| Defendant. ) | |

The parties stipulate as follows:

1. Defendant DARLENE WEAVER wishes to travel to Houston, Texas from November 1, 2012 until November 5, 2012 to attend a family reunion and to celebrate the 91st birthday of her aunt. Ms. Weaver will staying at the home of Marvin Hughes, 6226 Tiffany, Houston, TX, (832) 443-8216 cell.

2. The United States has no objection to this request. U.S. Pretrial Officer Amarylis Gonzales has no objection to this request.

DATED: October 26, 2012      /s/ Kenneth Wine
                             Kenneth H. Wine, Esq.
                             Attorney for Defendant
                             DARLENE WEAVER

DATED: October 26, 2012      /s/ Stephen Corrigan
                             Stephen Corrigan, Esq.
                             Attorney for Plaintiff
                             UNITED STATES

1
2
3                              **ORDER**           *She shall provide her itinerary and contact information to her Pretrial Services Officer prior to departure.*
4       FOR GOOD CAUSE SHOWN,

5       It is hereby ordered that Defendant Darlene Weaver shall be permitted to travel to Houston,

6   Texas to attend a family reunion from November 1, 2012 until November 5, 2012. She shall notify her

7   Pretrial Services Officer immediately upon her return from Texas. *All other conditions of her release remain in full effect.*
8

9   DATED: October 31, 2012

                                                    _____
10                                                  HON. DONNA RYU
                                                    U.S. DISTRICT COURT
11

STIP/ORDER FOR TRAVEL                          2