KENNETH H. WINE (#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400

Counsel for DARLENE WEAVER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-12-00202-PJH |
| ) | |
| Plaintiff, ) | STIPULATION TO TRAVEL; ORDER THEREON |
| ) | |
| v. ) | |
| ) | |
| DARLENE WEAVER, ) | |
| ) | |
| Defendant. ) | |

The parties stipulate as follows:

1. Defendant DARLENE WEAVER wishes to travel to Dallas, Texas to attend a national cheerleading competition with her daughter, Gianni, who is participating. Ms. Weaver will travel with her daughter from Friday, March 1, 2013 on American Airlines flt. # 2278 @ 6am, returning Monday, March 4, 2013 on American Airlines flt # 451. Ms. Weaver and her daughter will be staying at the Aloft hotel downtown Dallas Convention Center.

2. U.S. Pretrial Services, through Operations Assistant, Kalisi Kupu, has no objection.

3. The United States has no objection to this request.

DATED: February 26, 2013          /s/ Kenneth Wine
                                  Kenneth H. Wine, Esq.
                                  Attorney for Defendant
                                  DARLENE WEAVER

STIP/ORDER FOR TRAVEL

DATED: February 26, 2013     /s/ Stephen Corrigan
Stephen Corrigan, Esq.
Attorney for Plaintiff
UNITED STATES

**ORDER**

FOR GOOD CAUSE SHOWN,

It is hereby ordered that Defendant Darlene Weaver shall be permitted to travel to Dallas, Texas to attend her daughter's cheerleading competition from March 1, 2013 through March 4, 2013. She shall notify her Pretrial Services Officer immediately upon her return from Texas.

DATED: February 26, 2013

_____
HON. DONNA RYU
U.S. DISTRICT COURT